**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SEI INVESTMENTS COMPANY,<br>*Plaintiffs,*<br>v.<br>JOHN LUMLEY AND APEX FUND SERVICES,<br>*Defendants.* | Civil Action No.: 2:18-cv-02978-JS<br><br>**DEFENDANTS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

TO: John E. Quinn, Esq.
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
2000 Market Street, Suite 2300
Philadelphia, PA 19103
*Attorneys for Plaintiff SEI Investments Company*

PLEASE TAKE NOTICE that on a date to be determined by the Court, Defendants John Lumley and Apex Fund Services (collectively "Defendants"), by its undersigned counsel, shall move before this Court to enforce the settlement agreement reached in this matter, to dismiss this case with prejudice and without costs, and such other and further relief as this Court deems just equitable and proper.

In support of this motion Defendants shall rely upon the Declaration of Anthony M. Rainone, Esq. and exhibits attached thereto, as well as Defendants' Memorandum of Law.

Defendants request the Court enter the proposed order submitted herewith.

Dated: February 12, 2019

/s/ Autumn M. McCourt
Anthony M. Rainone, Esq.
Autumn M. McCourt, Esq.
BRACH EICHLER, LLC
101 Eisenhower Parkway, Suite 201
Roseland, NJ 07068
(973) 228-5700
(973) 618-5972
*Attorneys for Defendants John Lumley and Apex Fund Services*